(2) a provision to permit the shareholders of Global Brokerage to nominate at least three candidates for election to the Board; and

  (3) a proposal to ensure the establishment of effective oversight of compliance with applicable laws, rules, and regulations;

 D. Determining and awarding to Global Brokerage exemplary damages in an amount necessary to punish defendants and to make an example of defendants to the community according to proof at trial;

 E. Awarding Global Brokerage restitution from defendants, and each of them;

 F. Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' and experts' fees, costs, and expenses; and

 G. Granting such other and further equitable relief as this Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: March 21, 2017       Respectfully submitted,

               **LIFSHITZ & MILLER LLP**

               _____
               Joshua M. Lifshitz (JL-9172)
               Email: jml@jlclasslaw.com
               821 Franklin Avenue, Suite 209
               Garden City, New York 11530
               Telephone: (516) 493-9780
               Facsimile: (516) 280-7376

## VERIFICATION

I, Jonathan Raul hereby declare as follows:

I am shareholder of Fxcm and have continuously so owned the Company's common stock during the relevant period. I declare that I am the plaintiff named in the foregoing Shareholder Derivative Complaint ("Complaint"), and know the content thereof; that the pleading is true to my knowledge, except as to those matters stated on information and belief, and that as to such matters I believe to be true. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03/21/2017