IH-32 Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

**Full Caption of Later Filed Case:**

JONATHAN RAUL, Derivatively on Behalf of Nominal Defendant GLOBAL BROKERAGE, INC.,

Plaintiff

vs.

DAVID SAKHAI et al.

Defendant

Case Number: 1:17-cv-02035

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

TONY KHOURY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiff

vs.

FXCM INC., DROR NIV, and ROBERT LANDE,

Defendant

Case Number: 1:17-cv-00916-RA

IH-32                                                                                                                              Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open    (If so, set forth procedural status and summarize any court rulings.)

Complaint filed 2/7/2017. Initial status conference set for April 21, 2017 at 3:00 p.m. in Courtroom 1506 of the U.S. District court for the Southern District of New York, 40 Foley Square, New York, New York. By April 14, 2017, the parties are to jointly submit a status letter and proposed case management plan and scheduling order.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants.

Signature: _____    Date: 3/22/17

Firm: Lifshitz & Miller LLP