**MEMO ENDORSED**

# LIFSHITZ & MILLER LLP

Attorneys at Law
821 Franklin Avenue, Suite 209
Garden City, New York 11530

Tel: (516) 493-9780
Fax: (516) 280-7376

MAY 03 2017

May 3, 2017

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> May 3, 2017

Re:   *Raul v. Sakhai et al.*, 1:17cv2035-RA

Dear Judge Abrams:

We represent Plaintiff Jonathan Raul ("Plaintiff Raul") in the above shareholder derivative action filed on behalf of nominal defendant Global Brokerage, Inc. ("Global Brokerage" or the "Company"). We write to request that the Court vacate the status conference set for May 5, 2017 at 1:30 p.m. given that the Court approved the Stipulation And Order For Stay Of Litigation And Related Matters on April 27, 2017. *See* Dkt. No. 33. Defendants join this request. No party has previously requested an adjournment or the vacating of the status conference.

We are available at the Court's convenience to discuss this matter further.

Yours truly,

*/s/ Joshua M. Lifshitz*

cc:   Counsel of Record (via ECF)