# EXHIBIT A

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/11/2017 at 7:27 PM and filed on 12/11/2017.

**Global Brokerage, Inc.**
55 Water Street
50th Floor
New York, NY 10041
Tax ID / EIN: 27-3268672
*aka* **FXCM, Inc.**



FILED
12/11/2017
7:27 PM

The case was filed by the debtor's attorney:

**Arthur Jay Steinberg**
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100

The case was assigned case number 17-13532-mew to Judge Michael E. Wiles.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**