# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN RAUL, Derivatively on Behalf of Nominal Defendant GLOBAL BROKERAGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SAKHAI, JAMES G. BROWN, ROBIN DAVIS, KENNETH GROSSMAN, ARTHUR GRUEN, ERIC LEGOFF, BRYAN I. REYHANI, RYAN SILVERMAN, EDUARD YUSUPOV, WILLIAM AHDOUT, DROR NIV and ROBERT LANDE,<br><br>Defendants,<br><br>and<br><br>GLOBAL BROKERAGE, INC.,<br><br>Nominal Defendant. | Case No. 1:17-cv-02035 (RA) |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS AND LAW FIRM

PLEASE TAKE NOTICE that the address and law firm at which Joshua M. Lifshitz, Esq. is to receive notices and the service of papers in these proceedings on behalf of Plaintiff Jonathan Raul has changed. The updated law firm and address is as follows:

>Joshua M. Lifshitz, Esq.
>**LIFSHITZ LAW FIRM, P.C.**
>821 Franklin Avenue, Suite 209
>Garden City, New York 11530
>Telephone: (516) 493-9780
>Facsimile: (516) 280-7376
>Email: jml@jlclasslaw.com

Dated: August 21, 2020                                                                 Respectfully submitted,

2

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*